IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-48-BLG-SPW |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| BLAKE ZELON ISGET, | |
| Defendant. | |

Defendant has filed a Motion to Vacate Detention Hearing. (Doc. 38.)

Accordingly, IT IS ORDERED that the Detention Hearing presently scheduled for July 31, 2019, at 2:30 p.m. is VACATED.

DATED this 30th day of July, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge